**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------

WHAT DO YOU MEME LLC

               Plaintiff,

                    v.

LEI MINGDI

               Defendant.

------------------------------------------

Civil Action No. 25-cv-7489(KPF)

**CONSENT JUDGMENT AND PERMANENT INJUNCTION**

**WHEREAS**, this action was commenced on September 9, 2025 by the filing of the Summons and Complaint.

**WHEREAS**, in the Complaint, Plaintiff What Do You Meme, LLC ("Plaintiff") seeks injunctive relief and monetary damages against defendant Lei Mingdi ("Defendant") for Copyright Infringement, 17 U.S.C. § 101, et seq.

**WHEREAS,** Plaintiff sells a collection of plush toy products under the MENSTRUATION CRUSTACEAN brand (the "WDYM Products").

**WHEREAS,** Plaintiff is the copyright owner of the images identified in Exhibit A depicting one of its MENSTRUATION CRUSTACEAN products, including those protected by US Copyright Registration Nos. VA 2-439-809 and VA 2-451-815, issued by the United States Copyright Office (collectively, the "WDYM Copyrighted Works").

**WHEREAS,** in this lawsuit, Plaintiff alleges that Defendant has marketed and sold certain products (the "Subject Products") which are substantially similar to the WDYM Products and substantially similar to the WDYM Copyrighted Works (the "WDYM Claims").

**WHEREAS,** Defendant represents that its net profits from its sales of the Subject Products were less than $1,000.00 and that Defendant has no remaining inventory of the Subject Products.

**WHEREAS**, the Parties hereby stipulate and consent to the entry of this Consent Judgment and Permanent Injunction, and to each and every provision, ordered, and decreed herein.

**NOW THEREFORE**, upon consent of the parties hereto, it is **HEREBY ORDERED, ADJUDGED, AND DECREED**:

1. This Court has jurisdiction over the subject matter of this case and jurisdiction over the Parties.

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

3. Defendant shall not manufacture, import, market, advertise, promote, or sell the Subject Products, or any other plush products, toys, or games that use any images that are substantially similar to the images identified in Exhibit A.

4. Defendant shall pay to Plaintiff a sum of Four Thousand United States Dollars ($4,000.00 USD) ("Settlement Payment") which shall be due and payable by wire no later than October 15, 2025.

5. Defendant hereby waives any and all right to an appeal from this Consent Judgment and Permanent Injunction.

6. This Consent Judgment and Permanent Injunction shall be binding upon and shall inure to the benefit of the parties and their respective heirs, successors, assigns, and acquiring companies.

7. The Court retains jurisdiction of this matter for the purposes of enforcing the terms of this Consent Judgment and Permanent Injunction.

8. The Permanent Injunction shall remain in full force and effect unless and until modified by order of this Court.

9. This Consent Judgment conclusively resolves all claims in this lawsuit with prejudice. This Consent Judgment shall be entered without the taxation of costs or attorneys' fees.

10. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

Dated this __3rd__ day of __October__, 20_25_

BY THE COURT:

*[signature]*

Hon. Katherine Polk Failla
United States District Judge

**CONSENTED TO**:

For the Plaintiff,
**WHAT DO YOU MEME, LLC**
Sign: *[signature]*
Print: Jeffrey A. Lindenbaum
Title: *Attorney for What Do You Meme, LLC*
Date: October 3, 2025

For the Defendant
**LEI MINGDI**
Sign: *[signature]*
Print: Christopher Keleher
Title: *Attorney for Lei Mingdi*
Date: October 1, 2025

3

This agreement does not bind the Court or any of its personnel. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

# Exhibit A

**U.S. Copyright Registration No. VA 2-439-809**

| Registered Image | Name |
|---|---|
|  | MC Octopus 1 |
|  | MC Octopus 2 |
|  | MC Octopus Girl 1 |
|  | MC Octopus Girl 2 |
|  | MC Octopus Girl 3 |
|  | MC Octopus Girl 4 |
|  | MC Octopus Microwave |
|  | MC Octopus with Box |

**U.S. Copyright Registration No. VA 2-451-815**

| Registered Work | Name |
|---|---|
|  | Octopus Back 1 |
|  | Octopus Back 2 |
|  | Octopus Bottom 1 |
|  | Octopus Bottom 2 |
|  | Octopus Front 1 |
|  | Octopus Front 2 |
|  | Octopus Side 1 |
|  | Octopus Side 2 |

|  | Octopus Top Back |
|---|---|
|  | Octopus Top |